DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO OLGUIN-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br>RICARDO OLGUIN-RODRIGUEZ,    )<br>                             )<br>            Defendant.       )<br>                             )<br>_____)  | NO. CR-S-06-0010-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING TRIAL CONFIRMATION<br>HEARING<br><br>Date:  March 3, 2006<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between MICHAEL BECKWITH, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant RICARDO OLGUIN-RODRIGUEZ, that the trial confirmation hearing date of February 24, 2006 be vacated and the case set for trial-confirmation hearing on March 3, 2006 at 9:00 a.m.

    This continuance is requested because defense counsel will be out of the district.

    The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the trial-confirmation hearing on March 3, 2006 pursuant to 18 U.S.C. §

3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

Dated: February 15, 2006

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
Acting Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
RICARDO OLGUIN-RODRIGUEZ

Dated: February 15, 2006        MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for

_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the trial confirmation of February 24, 2006 be vacated and the case set for trial-confirmation on March 3, 2006 at 9:00 a.m.

Dated: February 21, 2006

                                        /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order               2