```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RICARDO OLGUIN-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0010-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) VACATING TRIAL CONFIRMATION AND |
| v. | ) JURY TRIAL DATES AND SETTING<br>) STATUS CONFERENCE |
| RICARDO OLGUIN-RODRIGUEZ, | )<br>) Date: March 17, 2006 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

　　　IT IS HEREBY STIPULATED by and between MICHAEL BECKWITH, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant RICARDO OLGUIN-RODRIGUEZ, that the trial confirmation hearing date of March 3, 2006 and jury trial date of March 14, 2006 be vacated and the case set for status conference on March 17, 2006 at 9:00 a.m.

　　　This continuance is requested because defense counsel needs additional time to prepare, to review discovery with his client, to conduct ongoing investigation, and to continue negotiations with the government toward a possible resolution of the case.

　　　The parties agree that the Court should exclude time under the

1 Speedy Trial Act from the date of this order through the date of the
2 status conference on March 17, 2006 pursuant to 18 U.S.C. § 3161
3 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.
4 Dated: March 1, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
RICARDO OLGUIN-RODRIGUEZ

Dated: March 1, 2006                MCGREGOR W. SCOTT
                                    United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

## O R D E R

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the trial confirmation of March 3, 2006 and jury trial of March 14, 2006 be vacated and the case set for status conference on March 17, 2006 at 9:00 a.m.

Dated:  March 15, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                    3