```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO OLGUIN-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-06-0010-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| RICARDO OLGUIN-RODRIGUEZ, | Date: April 14, 2006<br>Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between MICHAEL BECKWITH, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant RICARDO OLGUIN-RODRIGUEZ, that the status conference hearing date of March 31, 2006 be vacated and set for status conference on April 14, 2006 at 9:00 a.m.

This continuance is requested because defense counsel needs additional time to prepare, conduct ongoing investigation, and to continue negotiations with the government toward a possible resolution of the case.

The parties agree that the Court should exclude time under the

Speedy Trial Act from the date of this order through the date of the status conference on April 14, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

Dated: March 30, 2006

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Acting Federal Defender

                                            /s/ Matthew C. Bockmon
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RICARDO OLGUIN-RODRIGUEZ

Dated: March 30, 2006                 MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Matthew C. Bockmon for
                                            _____
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney
                                            per telephonic authority

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the status conference hearing date of March 31, 2006 vacated and set for status conference on April 14, 2006 at 9:00 a.m.

Dated:  April 25, 2006

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                    3